No. 78–1604. CENTRAL MACHINERY Co. *v.* ARIZONA STATE TAX COMMISSION. Sup. Ct. Ariz. [Probable jurisdiction noted, *ante,* p. 822.] Motion of the Solicitor General for divided argument granted.

No. 78–1815. ANDRUS, SECRETARY OF THE INTERIOR *v.* SHELL OIL CO. ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 822.] Motion of respondents to require the Solicitor General to file a brief conforming to the petition for certiorari, or, in the alternative, to amend the order of the Court granting the petition, denied.

No. 79–374. BIRMINGHAM TRUST NATIONAL BANK *v.* HARRISON ET AL.; and

No. 79–386. HARRISON *v.* BIRMINGHAM TRUST NATIONAL BANK ET AL. Sup. Ct. Ala. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 79–5489. CLARK *v.* NEW JERSEY; and

No. 79–5492. DONAHUE *v.* KANSAS. Motions for leave to file petitions for writs of certiorari denied.

No. 79–5493. LEBEDUN *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 79–5501. SELLARS *v.* COMMUNITY RELEASE BOARD OF CALIFORNIA ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 79–421. BRYANT ET AL. *v.* YELLEN ET AL.;

No. 79–425. CALIFORNIA ET AL. *v.* YELLEN ET AL.; and

No. 79–435. IMPERIAL IRRIGATION DISTRICT ET AL. *v.* YELLEN ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 559 F. 2d 509; 595 F. 2d 524 and 525.